Lowell T. Carruth, # 034065
Carol O'Neil, # 71282
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Counter-Claimants/Defendants
BILL H. STRICKLIN and JEMMCO, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DAMON LOUNS and DARRYL L. HOAGLAND,<br><br>         Plaintiffs,<br><br>v.<br><br>BILL H. STICKLIN, JEMMCO, INC., and DOES 1 through 25, inclusive,<br><br>         Defendants. | Case No.  1:10-cv-02152-OWW-DLB<br><br>**ORDER DISMISSING THE COUNTERCLAIM OF BILL H. STRICKLIN AND JEMMCO, INC.[FRCP 41(a)(1)A(i)]** |
| BILL H. STRICKLIN and JEMMCO, INC.,<br><br>         Counter-Claimants,<br><br>v.<br><br>SEAN DAMON LOUNS,<br><br>         Counter-Defendant. | |

On March 18, 2011, pursuant to Federal Rule of Civil Procedure 41(a)(1)A(i), Counter-Claimants BILL H. STRICKLIN and JEMMCO, INC. voluntarily dismissed with prejudice their Counterclaim, filed on November 24, 2010, in this matter.  Opposing party, Counter-Defendant SEAN DAMON LOUNS, had not filed an answer or a motion for summary judgment in this case at the time that Counter-Claimants voluntarily dismissed their Counterclaim with prejudice.

///

-3-
(PROPOSED) ORDER DISMISSING COUNTERCLAIM [FRCP 41(a)(1)(A)(i)]

WHEREFORE, it is ordered that the Counterclaim of Counter-Claimants BILL H. STRICKLIN and JEMMCO, INC. is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **March 28, 2011**                              **/s/ Oliver W. Wanger**
                                                                                            UNITED STATES DISTRICT JUDGE