1  DOUGLAS L. GORDON, ESQ. - 163992          (SPACE BELOW FOR FILING STAMP ONLY)
   **LAW OFFICES OF**
2  **MILES, SEARS & EANNI**
   A PROFESSIONAL CORPORATION
   2844 FRESNO STREET
3  P.O. BOX 1432
   FRESNO, CALIFORNIA 93716
   TELEPHONE (559) 486-5200
4

5  Attorneys for **Plaintiffs**

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                                ***

11 SEAN DAMON LOUNS and            ) NO. 1:10-CV-02152-AWI-DLB
   DARRYL L. HOAGLAND,             )
12                                 )
              Plaintiffs,          ) **STIPULATION FOR THE PHYSICAL**
13                                 ) **EXAMINATIONS OF PLAINTIFFS SEAN**
   vs.                             ) **DAMON LOUNS AND DARRYL L.**
14                                 ) **HOAGLAND AND ORDER**
   BILL H. STICKLIN, JEMMCO, INC., )
15 and DOES 1 through 25,          )
   inclusive,                      ) **Date of Examinations: October 31, 2011**
16                                 )
              Defendants.          )
17 _____)

18      Defendants BILL H. STRICKLIN (sued erroneously herein as BILL
19 H. STICKLIN) and JEMMCO, INC. (hereinafter "Defendants") and
20 Plaintiffs SEAN DAMON LOUNS and DARRYL L. HOAGLAND (hereinafter
21 "Plaintiffs"), by and through their undersigned counsel, and,
22 pursuant to the Federal Rule of Civil Procedure 35, hereby
23 stipulate and agree as follows:
24      1.   That a controversy exists regarding the physical
25 conditions of Plaintiffs SEAN DAMON LOUNS and DARRYL L. HOAGLAND.
26      2.   That good causes exists for physical examinations of
27 Plaintiffs in that said examinations would be the best method to
28 evaluate the physical conditions of Plaintiffs and their claims of

1

2 injury, illness and/or incapacity.

3     3.    That the physical examinations of Plaintiffs will be
4 conducted by Donald R. Huene, M.D., a licensed physician, with a
5 specialty in orthopedics.  Said physical examinations will take
6 place on October 31, 2011, at 9:00 a.m. and 2:00 p.m. respectively,
7 at the office of Donald R. Huene, M.D., 201 North Valeria, Fresno,
8 California, 93701.

9     4.    The examining physician may ask the Plaintiffs what
10 happened to them physically in the subject accident, but may not
11 question the Plaintiffs on how the accident occurred.

12     5.    Plaintiffs' counsel may record or may designate a
13 representative to record the entire audio content of the physical
14 examinations.  Plaintiffs' counsel shall inform defense counsel of
15 the full names of any persons who will be present with Plaintiffs
16 at their examinations so that Dr. Huene and his staff may be
17 informed in writing of their names and will authorize these persons
18 to be present for the examinations in accordance with Dr. Huene's
19 practice of preserving the medical privacy rights of patients.

20     6.    The examinations will only be rescheduled or continued if
21 an unavoidable medical emergency occurs in which Dr. Huene's
22 medical expertise is required on an emergent basis.  Defendants'
23 counsel will immediately provide Plaintiffs' counsel with a full
24 explanation of any emergent medical event should it occur and
25 should it result in the need for Dr. Huene to reschedule
26 Plaintiffs' examinations or leave Plaintiffs' examinations
27 prematurely.

28     7.    Defendants shall submit to Dr. Huene any and all medical

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*10cv2152.o.Stip Physical Exam.wpd*

1 records of Plaintiffs for his review before the examinations.

2     8.   Any paperwork proposed to be completed by Plaintiffs on the day of the exam must be provided to Plaintiffs' counsel at least one week prior to the examinations, or the paperwork will not be completed. Any such written questions will be addressed before or after, but not during, the physical examinations.

    9.   Plaintiffs will not submit to any blood draws, urine tests, x-rays, CT scans, MRI's or any other radiographic studies.

    10.   No photographs of Plaintiffs will be permitted.

    11.   The examinations may not include any diagnostic test or procedure that is painful, protracted, or intrusive.

    12.   The examining physician shall promptly prepare the report required by Fed. Rule Civ. Proc. 35(b)(1), and counsel for the examining Defendants shall promptly serve a copy of said report on counsel for Plaintiffs.

    13.   That round trip mileage from Modesto to Fresno (190 miles) at $.50 per mile and $15.00 for meals to be paid in advance of the examination to SEAN DAMON LOUNS through this law firm in the total amount of $110.00.

    14.   That round trip mileage from Atwater to Fresno (130 miles) at $.50 per mile and $15.00 for meals to be paid in advance of the examination to DARRYL L. HOAGLAND through this law firm in the total amount of $80.00.

    15.   No other experts, including but not limited to Vocational Rehabilitation consultants and/or any Nursing Consultants, or any other healthcare providers will be allowed at the examinations.

    The parties, by one of the undersigned counsel for each party, agree that the Stipulation may be signed by counsel pursuant to

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*10cv2152.o.Stip Physical Exam.wpd*

1  Local Court Rule 7-131(e), and that all counsel listed below have
2  authorized the submission of this **STIPULATION AND (PROPOSED) ORDER**
3  to this Court.
4      **IT IS SO STIPULATED BY:**
5  Dated: September  22 , 2011      McCORMICK, BARSTOW, SHEPPARD,
                                     WAYTE & CARRUTH LLP

                                     /s/ Lowell T. Carruth
7                                 BY: (As authorized on 9/22/11)
                                     Lowell T. Carruth
8                                    Attorneys for Defendants
                                     BILL H. STRICKLIN and JEMMCO, INC.

10 Dated: September  21 , 2011        MILES, SEARS & EANNI

12                                BY: /s/ Douglas L. Gordon
                                     Douglas L. Gordon
13                                   Attorneys for Plaintiffs
                                     SEAN DAMON LOUNS and DARRYL L.
14                                   HOAGLAND

16                              **ORDER**

17     GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED
18 TO THE SAME, the Court finds that the above-stated Stipulation is
19 sanctioned by the Court, pursuant to Federal Rule of Civil
20 Procedure 35 and shall be and now is the Order of the Court.  All
21 Parties in this action shall abide by the terms of this Stipulated
22 Order For the Physical Examinations of Plaintiffs SEAN DAMON LOUNS
23 and DARRYL L. HOAGLAND.
24     IT IS SO ORDERED.
25     **Dated:   October 3, 2011**            **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*10cv2152.o.Stip Physical Exam.wpd*