Lowell T. Carruth, # 034065
Carol O'Neil, # 71282
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
BILL H. STRICKLIN and JEMMCO, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DAMON LOUNS and DARRYL L. HOAGLAND,<br><br>Plaintiffs,<br><br>v.<br><br>BILL H. STICKLIN, JEMMCO, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:  1:10-CV-02152 -AWI-DLB<br><br>**STIPULATION AND ORDER EXTENDING DATES IN SCHEDULING CONFERENCE ORDER** |

    Defendants BILL H. STRICKLIN and JEMMCO, INC. (hereinafter "Defendants") and Plaintiffs SEAN DAMON LOUNS and DARRYL L. HOAGLAND (hereinafter "Plaintiffs") by and through their undersigned counsel hereby stipulate and agree as follows:

    1.    The parties hereby stipulate that the date to serve any rebuttal or supplemental expert disclosures of January 6, 2012 shall be extended to **January 13, 2012**.  The expert discovery cutoff shall be moved from February 6, 2012 to **February 21, 2012**.

    2.    Moving these deadlines will not require movement of any further dates in this action.  The trial date may remain intact and neither party desires or requests such a movement.  All other dates can be accommodated with this proposed move.

    3.    This stipulation is submitted solely to accommodate the parties' legitimate discovery needs in this case and their need to prepare this case properly for trial.  It is not

presented for any purpose of delay or other improper objective.

**IT IS SO STIPULATED BY**:

Dated: January 5, 2012                                    McCORMICK, BARSTOW, SHEPPARD,
                                                                              WAYTE & CARRUTH LLP


By:  /s/ Lowell T. Carruth
Lowell T. Carruth
Attorneys for Defendants
BILL H. STRICKLIN and JEMMCO, INC.


Dated: January 5, 2012                                    MILES, SEARS & EANNI


By:  /s/ Douglas L. Gordon
Douglas L. Gordon
Attorneys for Plaintiffs
SEAN DAMON LOUNS and DARRYL L. HOAGLAND


### ORDER

Based upon the above stipulation, the Court hereby orders that the Scheduling Conference Order shall be amended as follows:  In section IX of the Order, the rebuttal or supplemental expert disclosure date shall be moved to **January 13, 2012**.  The expert witness discovery cutoff deadline shall be moved to **February 21, 2012.**  All other provisions of the Order are in full force and effect.

IT IS SO ORDERED.

   Dated:   **January 9, 2012**                                    /s/ Dennis L. Beck
                                                                              UNITED STATES MAGISTRATE JUDGE