1   Lowell T. Carruth, # 034065                    (SPACE BELOW FOR FILING STAMP ONLY)
    Carol O'Neil, # 71282
2   McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
3   P.O. Box 28912
    5 River Park Place East
4   Fresno, CA  93720-1501
    Telephone:     (559) 433-1300
5   Facsimile:     (559) 433-2300

6   Attorneys for Defendants
    BILL H. STRICKLIN and JEMMCO, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  SEAN DAMON LOUNS and DARRYL L.        Case No.:  1:10-CV-02152 -AWI-DLB
    HOAGLAND,
12                                        **STIPULATION AND ORDER**
                   Plaintiffs,            **EXTENDING DATES IN SCHEDULING**
13                                        **CONFERENCE ORDER**
    v.
14
    BILL H. STICKLIN, JEMMCO, INC., and
15  DOES 1 through 25, inclusive,

16                 Defendants.

17

18          Defendants BILL H. STRICKLIN and JEMMCO, INC. (hereinafter "Defendants") and

19  Plaintiffs SEAN DAMON LOUNS and DARRYL L. HOAGLAND (hereinafter "Plaintiffs") by

20  and through their undersigned counsel hereby stipulate and agree as follows:

21          1.     The parties hereby stipulate that the date to serve any rebuttal or supplemental

22  expert disclosures of January 6, 2012 shall be extended to **January 13, 2012**.   The expert

23  discovery cutoff shall be moved from February 6, 2012 to **February 21, 2012**.

24          2.     Moving these deadlines will not require movement of any further dates in this

25  action.  The trial date may remain intact and neither party desires or requests such a movement.

26  All other dates can be accommodated with this proposed move.

27          3.     This stipulation is submitted solely to accommodate the parties' legitimate

28  discovery needs in this case and their need to prepare this case properly for trial.   It is not

presented for any purpose of delay or other improper objective.

**IT IS SO STIPULATED BY**:

Dated:  January 5, 2012                    McCORMICK, BARSTOW, SHEPPARD,
                                                            WAYTE & CARRUTH LLP

                                           By:   /s/ Lowell T. Carruth
                                                      Lowell T. Carruth
                                                Attorneys for Defendants
                                            BILL H. STRICKLIN and JEMMCO, INC.

Dated: January 5, 2012                          MILES, SEARS & EANNI

                                           By:   /s/ Douglas L. Gordon
                                                     Douglas L. Gordon
                                                Attorneys for Plaintiffs
                                            SEAN DAMON LOUNS and DARRYL L.
                                                          HOAGLAND

## ORDER

Based upon the above stipulation, the Court hereby orders that the Scheduling Conference Order shall be amended as follows:  In section IX of the Order, the rebuttal or supplemental expert disclosure date shall be moved to **January 13, 2012**.  The expert witness discovery cutoff deadline shall be moved to **February 21, 2012**.  All other provisions of the Order are in full force and effect.

IT IS SO ORDERED.

Dated:   **January 9, 2012**              /s/ Dennis L. Beck
                                           UNITED STATES MAGISTRATE JUDGE