```
 1  DOUGLAS L. GORDON, ESQ. - 163992                 (SPACE BELOW FOR FILING STAMP ONLY)
           LAW OFFICES OF
 2       MILES, SEARS & EANNI
        A PROFESSIONAL CORPORATION
 3         2844 FRESNO STREET
             P.O. BOX 1432
         FRESNO, CALIFORNIA 93716
 4       TELEPHONE (559) 486-5200

 5      Attorneys for Plaintiffs
```

|  |  |
|---|---|
| 8 | UNITED STATES DISTRICT COURT |
| 9 | EASTERN DISTRICT OF CALIFORNIA |
| 10 | *** |

```
11   SEAN DAMON LOUNS and          )  NO. 1:10-CV-02152-AWI-DLB
     DARRYL L. HOAGLAND,           )
12                                 )
                  Plaintiffs,      )  SECOND STIPULATION AND
13                                 )  ORDER EXTENDING DATE IN
     vs.                           )  SCHEDULING CONFERENCE ORDER
14                                 )
     BILL H. STICKLIN, JEMMCO, INC.,)
15   and DOES 1 through 25,        )
     inclusive,                    )
16                                 )
                  Defendants.      )
17   _____)
```

 Plaintiffs SEAN DAMON LOUNS and DARRYL L. HOAGLAND (hereinafter "Plaintiffs) and Defendants BILL H. STRICKLIN and JEMMCO, INC. (hereinafter "Defendants") by and through their undersigned counsel hereby stipulate and agree as follows:

 1.  The parties previously stipulated to extend the expert discovery cutoff to February 21, 2012, based on the assurances of Dr. David Bybee, plaintiff Hoagland's treating physician, that he would be available for his deposition on that date. It has been brought to our attention that Dr. Bybee will be out of the country on that date, thus necessitating a further extension.

 2.  Moving this deadline will not require movement of any

*10cv2152.o.Extending Date.wpd*

1
2 further dates in this action.  The parties have stipulated to hold
3 a private mediation in early April in lieu of the previously-
4 scheduled February 23 Settlement Conference. The trial date of July
5 10, 2012 may remain intact and neither party desires or requests
6 such a movement. All other dates can be accommodated with this
7 proposed move.
8     3.   Therefore, the parties hereby stipulate that the expert
9 discovery cutoff shall be moved from February 21, 2012, to **March**
10 **13, 2012.**
11     **IT IS SO STIPULATED BY:**
12 DATED: January  30 , 2012     MILES, SEARS & EANNI
13
14     BY: /s/Douglas L. Gordon
        DOUGLAS L. GORDON
15         Attorneys for Plaintiffs
        SEAN DAMON LOUNS and DARRYL
16         L. HOAGLAND
17
18 DATED: January  31 , 2012     McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH
19
20     /s/Lowell T. Carruth
    BY: (As authorized on 01/31/12)
21         LOWELL T. CARRUTH
        Attorneys for Defendants
22         BILL H. STRICKLIN and JEMMCO,
        INC.
23
24     **ORDER**
25   Based upon the above stipulation, the Court hereby orders that
26 the Scheduling Conference Order shall be amended as follows: The
27 expert witness discovery cutoff deadline shall be moved to **March**
28 **13, 2012.**  All other provisions of the Order are in full force and

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

- 2 -

*10cv2152.o.Extending Date.wpd*

1 ///

2 effect.

3        IT IS SO ORDERED.

4    **Dated:   February 7, 2012**             **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

*10cv2152.o.Extending Date.wpd*

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716