Lowell T. Carruth, # 034065
Carol O'Neil, # 71282
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
BILL H. STRICKLIN and JEMMCO, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DAMON LOUNS and DARRYL L. HOAGLAND,<br><br>   Plaintiffs,<br><br>v.<br><br>BILL H. STICKLIN, JEMMCO, INC., and DOES 1 through 25, inclusive,<br><br>   Defendants. | Case No.:  1:10-CV-02152 -AWI-DLB<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT FILED BY PLAINTIFF DARRYL L. HOAGLAND** |

This Stipulation is entered into by and between Plaintiff DARRYL L. HOAGLAND ("Plaintiff") and Defendants BILL H. STRICKLIN and JEMMCO, INC. ("Defendants") by and through their counsels of record.

1. The parties hereby agree and stipulate that Complaint filed by Plaintiff DARRYL L. HOAGLAND only, (not including the Complaint filed by Plaintiff SEAN DAMON LOUNS) is hereby dismissed in its entirety with prejudice, each party to bear their own attorney's fees and costs.

2. The parties, by the undersigned counsel for each party, agree that this Stipulation may be signed by counsel, and that all counsel listed below have authorized the submission of this Stipulation to this Court.

/ / /

32609/00066-1967091.v1

STIPULATION FOR DISMISSAL OF COMPLAINT FILED BY PLAINTIFF DARRYL L. HOAGLAND

**IT IS SO STIPULATED:**

Dated: April 25, 2012                       McCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP

                                            By:  */s/ Lowell T. Carruth*
                                                   Lowell T. Carruth
                                                 Attorneys for Defendants
                                            BILL H. STRICKLIN and JEMMCO, INC.


                                            And

Dated: April 24, 2012                       MILES, SEARS & EANNI


                                            By:  */s/ Douglas L. Gordon*
                                                   Douglas L. Gordon
                                                 Attorneys for Plaintiffs
                                            SEAN DAMON LOUNS and DARRYL L.
                                                       HOAGLAND


### ORDER

Having considered the Stipulation to Dismiss Plaintiff DARRYL L. HOAGLAND's Complaint only (not including the Complaint filed by Plaintiff SEAN DAMON LOUNS) with prejudice, and good cause appearing therefore, it is hereby ordered that Plaintiff DARRYL L. HOAGLAND's Complaint is dismissed with prejudice, in its entirety, each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   April 26, 2012   

                                            CHIEF UNITED STATES DISTRICT JUDGE