Lowell T. Carruth, # 034065
Carol O'Neil, # 71282
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
BILL H. STRICKLIN and JEMMCO, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DAMON LOUNS and DARRYL L. HOAGLAND,<br><br>               Plaintiffs,<br><br>v.<br><br>BILL H. STICKLIN, JEMMCO, INC., and DOES 1 through 25, inclusive,<br><br>               Defendants. | Case No.:  1:10-CV-02152 -AWI-DLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION** |

This Stipulation is entered into by and between Plaintiffs DARRYL L. HOAGLAND and SEAN DAMON LOUNS ("Plaintiffs") and Defendants BILL H. STRICKLIN and JEMMCO, INC. ("Defendants") by and through their counsels of record.

1.     The parties hereby agree and stipulate that Plaintiffs' Complaint and the entire action, is hereby dismissed in its entirety with prejudice, each party to bear their own attorney's fees and costs.

2.     The parties, by the undersigned counsel for each party, agree that this Stipulation may be signed by counsel, and that all counsel listed below have authorized the submission of this Stipulation to this Court.

/ / /

/ / /

2031442.1

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION

**IT IS SO STIPULATED:**

Dated: May 31, 2012                                         McCORMICK, BARSTOW, SHEPPARD,
                                                                              WAYTE & CARRUTH LLP

                                                                  By:   */s/ Lowell T. Carruth*
                                                                         Lowell T. Carruth
                                                                         Attorneys for Defendants
                                                                  BILL H. STRICKLIN and JEMMCO, INC.

                                                                                And

Dated: May 30, 2012                                               MILES, SEARS & EANNI


                                                                  By:   */s/ Douglas L. Gordon*
                                                                         Douglas L. Gordon
                                                                         Attorneys for Plaintiffs
                                                                  SEAN DAMON LOUNS and DARRYL L.
                                                                                HOAGLAND


### **ORDER**

Having considered the Stipulation to Dismiss Plaintiffs' Complaint and the entire action with prejudice, and good cause appearing therefore, it is hereby ordered that Plaintiffs' Complaint and the entire action is dismissed with prejudice, in its entirety, each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   June 7, 2012                                             _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

2031442.1                                             2

STIPULATION FOR DISMISSAL OF ENTIRE ACTION